1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11

12   DONALD WALDEN JR., NATHAN              Case No.: 3:14-cv-00320-LRH-WGC
     ECHEVERRIA, AARON DICUS, BRENT
13   EVERIST, TRAVIS ZUFELT, TIMOTHY        **JOINT SUBMISSION OF AMENDED**
     RIDENOUR, and DANIEL TRACY on          **PROPOSED NOTICE AND CONSENT**
14   behalf of themselves and all other similarly **TO JOIN**
15   situated,

16           Plaintiffs,                     **AND ORDER THEREON**

17       v.

18
     STATE OF NEVADA, *EX. REL.* ITS
19   DEPARTMENT OF CORRECTIONS, and
20   DOES 1-50,

21           Defendant(s).

22

23           Pursuant to this Court's Order granting Plaintiffs' motion for conditional certification

24   (Doc. #45), the parties hereby jointly submit the amended proposed notice and consent to join

25   for this Court's signature.

26   / / /

27   / / /

28

                                        – 1 –

The amended proposed notice and consent to join are attached hereto as Exhibits A and B, respectively.

      Dated this 26th day of March, 2015.

| | |
|---|---|
| /s/Joshua D. Buck | /s/Janet Traut |
| Mark R. Thierman, Bar # 8285 | Ann M. McDermott, Bar # 8180 |
| Joshua D. Buck, Bar # 12187 | Janet Traut, Bar # 8695 |
| Leah L. Jones, Bar #13161 | Bureau of Litigation |
| 7287 Lakeside Drive | Personnel Division |
| Reno, Nevada 89511 | 5420 Kietzke Lane, Suite 202 |
| | Reno, Nevada 89511 |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant* |

## **ORDER**

      IT IS SO ORDERED.

      DATED this 30th day of March, 2015.

_____
Larry R. Hicks
United States District Judge

# EXHIBIT A

# EXHIBIT A

Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar. No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD WALDEN JR., NATHAN
ECHEVERRIA, AARON DICUS, BRENT
EVERIST, TRAVIS ZUFELT, TIMOTHY
RIDENOUR, and DANIEL TRACY on
behalf of themselves and all other similarly
situated,

      Plaintiffs,

      v.

STATE OF NEVADA, NEVADA
DEPARTMENT OF CORRECTIONS, and
DOES 1-50,

      Defendant(s).

Case No.: 3:14-cv-00320-LRH-WGC

**NOTICE OF PENDENCY OF FLSA
COLLECTIVE ACTION LAWSUIT**

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanlawl.com

1

TO:    All current and former non-exempt hourly paid employees who were employed by the State of Nevada, Nevada Department of Corrections ("NDOC") as correctional officers at any time from May 12, 2011 to the present.

RE: Fair Labor Standards Act lawsuit filed against the STATE OF NEVADA, NEVADA DEPARTMENT OF CORRECTIONS.

## INTRODUCTION

The purpose of this notice is to:

1)    inform you of the existence of a lawsuit seeking recovery of unpaid overtime compensation under the Fair Labor Standards Act ("FLSA") in which you may be "similarly situated" to named-Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY;

2)    advise you of how your rights may be affected by this lawsuit; and

3)    instruct you on the procedure for participating in this lawsuit, if you choose to do so.

This Notice is not an expression by the court of any opinion as to the merits of any claims or defenses asserted by any party to this action.

## DESCRIPTION OF THE LAWSUIT

On May 12, 2014, Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY ("Plaintiffs") filed a class and collective action complaint against the STATE OF NEVADA, NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1 through 50, inclusive (referred to throughout the rest of this Notice as "NDOC" or "Defendants"). Plaintiffs filed the class and collective action lawsuit on behalf of themselves and all other similarly situated employees, for unpaid wages under the FLSA and Nevada state law. Specifically, Plaintiffs claim that NDOC forced employees to work without overtime compensation. Plaintiffs seek to recover back pay in an amount equal to the alleged unpaid overtime wages and liquidated damages (double damages) on behalf of themselves and all other similarly situated individuals resulting from NDOC's alleged unlawful conduct as well as other damages provided by law. Plaintiffs have also brought various state law claims arising out of the same behavior but those claims are not at issue in this Notice.

Defendant denies Plaintiffs' claims and denies that it is liable to Plaintiffs for any damages resulting from this lawsuit.

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanlaw.com

2

**DEFINITION OF WHO MAY PARTICIPATE IN THIS LAWSUIT**

To participate in this lawsuit, you must be a current or former non-exempt hourly paid employee who was or is employed by the State of Nevada, Nevada Department of Corrections ("NDOC") as a correctional officer at any time from May 12, 2011 to the present.

**YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT**

If you fit the definition above, you may join this case by mailing the enclosed "Consent to Join" form to the third party administrator ("the Administrator") at the following address:

[Insert Claims Administrator Name]
[Insert Claims Administrator Address]

If you want to join this lawsuit, you must send the form to the Claims Administrator so the attorneys prosecuting this case have time to file it with the Federal Court. **If you do not return the "Consent to Join" form by June 30, 2015, you may not be able to participate in this lawsuit.**

**EFFECT OF JOINING THIS SUIT**

If you choose to join this case, you will be bound by the decision of the court, whether it is favorable or unfavorable.

If you sign and return the "Consent to Join" form you are agreeing to:

1)  designate Plaintiffs as your agents to make decisions on your behalf concerning this lawsuit;
2)  the method and manner of conducting this lawsuit;
3)  enter into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs; and
4)  all other matters pertaining to this lawsuit.

THERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thermanbuck.com; www.thiermanlawl.com

3

These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit. However, the court has jurisdiction to determine the reasonableness of any settlement with NDOC, and any agreement concerning the reasonableness of any attorneys' fees and costs that are to be paid to the Plaintiffs' counsel. Additionally, any settlement amount that exceeds the State statutory cap currently in effect pursuant to NRS 41.035 must be presented to the Board of Examiners of the State of Nevada for their approval.  This is not to say that the cap applies in this action, but that certain settlement amounts which exceed the cap require approval.

The attorney for the Plaintiffs class is being paid on a contingency fee basis, which means that if there is no recovery there will be no attorneys' fee. If Plaintiffs prevail in this litigation, the attorneys for the class will request that the court either determine or approve the amount of attorneys' fee and costs they are entitled to receive for their services. The FLSA provides only for attorney fees for the Plaintiffs, if successful, and not for NDOC, although a Court could award NDOC attorneys' fees for misconduct or other reasons not covered by this statute.

## LEGAL EFFECT IN NOT JOINING THIS SUIT

You do not have to join this lawsuit. If you do not wish to participate in this lawsuit, then do nothing. If you choose not to join this lawsuit, you will not be affected by any judgment, dismissal, or settlement rendered in this lawsuit, whether favorable or unfavorable to the class. This means that if Plaintiffs win, you will not collect any money from this lawsuit; if Plaintiffs lose, you will not lose any claims you may or may not have under the FLSA. If you choose not to join this lawsuit you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS ON POTENTIAL CLAIMS

The maximum period of time that you can collect unpaid wages under the FLSA is three (3) years from when you worked the hours, but were not paid at least minimum wage, your regular rate, or the legally correct overtime rate. If the Plaintiffs cannot prove NDOC acted willfully, the statute of limitations is two years. The statute of limitations continues to expire until you file with the court a written consent to join this lawsuit, or initiate your own lawsuit to collect your unpaid wages.

## NO RETALIATION PERMITTED

Federal Law prohibits Defendant from discharging you or in any other manner discriminating against you if you exercise your rights under the FLSA to seek compensation. ***Participation in this lawsuit is not related or affected by any offer of severance benefits or release you may have recently signed.***

## YOUR IMMIGRATION STATUS DOES NOT MATTER IN THIS CASE

You are entitled to back pay for the alleged unpaid wages and liquidated damages under the FLSA even if you are not otherwise legally entitled to work in the United States. Bringing a claim in the court for unpaid wages is not a basis for you to be deported from the United States.

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanlawl/com

4

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanlawl.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### <u>YOUR LEGAL REPRESENTATION IF YOU JOIN</u>

     If you choose to join this lawsuit and agree to be represented by the named Plaintiffs through their attorneys, your counsel in this action will be:

**Mark R. Thierman and Joshua D. Buck**
**Thierman Buck, LLP**
**7287 Lakeside Drive**
**Reno, NV 89511**
**775-284-1500**
**Email: info@thiermanbuck.com**
**www.thiermanlaw.com**

### <u>FURTHER INFORMATION</u>

     Further information about this Notice, the deadline for filing a "Consent to Join" form, or questions about this lawsuit may be obtained by contacting the Thierman Law Firm at the contact information listed immediately above.

     The court has taken no position in this case regarding the merits of the Plaintiffs' claims or of the Defendant's defenses.

### **DO NOT CONTACT THE CLERK OF THE COURT**

DATED:

_____
      U.S. DISTRICT COURT JUDGE

5

NOTICE OF THE PENDENCY OF FLSA COLLECTIVE ACTION LAWSUIT

# EXHIBIT B

# EXHIBIT B

Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar. No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD WALDEN JR., NATHAN
ECHEVERRIA, AARON DICUS, BRENT
EVERIST, TRAVIS ZUFELT, TIMOTHY
RIDENOUR, and DANIEL TRACY on
behalf of themselves and all other similarly
situated,

     Plaintiffs,

     v.

STATE OF NEVADA, NEVADA
DEPARTMENT OF CORRECTIONS, and
DOES 1-50,

     Defendant(s).

Case No.: 3:14-cv-00320-LRH-WGC

**[AMENDED PROPOSED] CONSENT TO JOIN**

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanlaw.com

1

Pursuant to the Fair Labor Standards Act, 29 U.S.C.S. § 216(b), the undersigned hereby consents in writing to become a party plaintiff against my Employer, or Former Employer. I authorize the filing of a copy of this consent form with this Court in this action or any related or successor actions. I further consent to join this and/or any subsequent or amended suit against the same or related defendant for wage and hour violations.

Dated this _____ day of _____, 2015

Name: _____
(Please Print)

Signature: _____

Employer: _____

In the last 6 years, I worked as a Correctional Officer for the State of Nevada at the following locations:

| | FACILITY | APPROXIMATE DATES |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

The following contact information below will be redacted before filing with the Court:

Address: _____

City: _____State: _____Zip:_____

Email: _____

Telephone:_____

Are you a member of any Labor Organization, and if so, which: _____

_____

Please return via Fax, Email or U.S. Mail to:
[insert claims administrator information]

2

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanlaw.com