1  Richard I. Dreitzer (NV Bar No. 6626)
   Donald P. Paradiso (NV Bar No. 12845)
2  Wilson Elser Moskowitz Edelman & Dicker LLP
   300 South 4th Street - 11th Floor
3  Las Vegas, NV 89101-6014

4  Adam Paul Laxalt (NV Bar No. 12426)
   Steven G. Shevorski (NV Bar No. 8256)
5  Ketan D. Bhirud (NV Bar No. 10515)
   Attorney General
6  5420 Kietzke Lane, Suite 202
   Reno, NV  89511
7  *Attorneys for Defendant The State of Nevada, ex rel.
   its Department of Corrections*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case  No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR NDOC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STRIKE (ECF No. 100)**<br>**[First Request]** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant State of Nevada, ex rel. its Department of Corrections ("NDOC"), by and through its counsel of record, and Plaintiffs, Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others allegedly similarly situated ("Plaintiffs"), by and through their counsel of record, that the time in which NDOC shall have to file its Reply in Support of NDOC's Motion to Strike (ECF No. 99) should be enlarged for a period of ten (10) days from its current due date of June 12, 2017, up to and including Thursday, June 22, 2017.  Additional time is needed to allow NDOC adequate time to coordinate with its co-counsel on the Reply and also due to a Ninth Circuit appeal NDOC's outside counsel is handling.

1158954v.1

Counsel certifies that this request is made in good faith and not for the purposes of delay.

This is the first request for an extension of time for NDOC to file its Reply in Support of its Motion to Strike Plaintiffs' First Amended Complaint.

Dated this 8th day of June, 2017

ATTORNEY GENERAL OFFICE

*/s/ Steven G. Shevorski*
_____
Adam Paul Laxalt (NV Bar No. 12426)
Steven G. Shevorski (NV Bar No. 8256)
Ketan D. Bhirud (NV Bar No. 10515)
Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
*Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections*

Dated this 8th day of June, 2017

THIERMAN BUCK LLP

*/s/ Joshua D. Buck*
_____
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated this 8th day of June, 2017

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Richard I. Dreitzer*
_____
Richard I. Dreitzer
Nevada Bar No. 6626
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant State of Nevada, ex rel. its Department of Corrections*

## **ORDER**

**IT IS SO ORDERED.**

DATED this __9th__ day of June, 2017

_____
UNITED STATES DISTRICT JUDGE

1158954v.1