Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar. No. 13161
leah@thiermanbuck.com
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, *EX. REL.* ITS DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>    Defendant(s). | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**MOTION TO WITHDRAW CONSENT TO JOIN AND ORDER THEREON** |

PLEASE TAKE NOTICE that the following opt-in plaintiff wishes to withdraw her consent to sue:

1. KATHLEEN BEAVER

Ms. Beaver's consent was filed with the Court on August 20, 2014, before this matter was conditionally certified. As such, Ms. Beaver does not have a Claim No. with the Claims Administrator.

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

Dated: September 14, 2017.

THIERMAN BUCK LLP

By: ___/s/Leah L. Jones_____
    Mark R. Thierman
    Joshua D. Buck
    Leah L. Jones
    *Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** that the consent to join of KATHLEEN BEAVER is hereby withdrawn.

DATED this <u>14th</u> day of September, 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com