THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
Richard I. Dreitzer, NV Bar No. 6626
David S. Kahn, NV Bar No. 7038
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014

Adam Paul Laxalt, NV Bar No. 12426
Steven G. Shevorski, NV Bar No. 8256
Theresa Haar, NV Bar No. 12158
Attorney General State of Nevada
5420 Kietzke Lane, Suite 202
Reno, NV 89511

*Attorneys for Defendant The State of Nevada, ex
rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONALD WALDEN JR, NATHAN
ECHEVERRIA, AARON DICUS, BRENT
EVERIST, TRAVIS ZUFELT, TIMOTHY
RIDENOUR, and DANIEL TRACY on behalf
of themselves and all others similarly situated,

      Plaintiffs,

      v.

THE STATE OF NEVADA, *EX REL.* ITS
NEVADA DEPARTMENT OF
CORRECTIONS, and DOES 1-50,

      Defendants.

Case No.: 3:14-cv-00320-MMD-WGC

**STIPULATION FOR EXTENSION OF
TIME TO FILE PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION
PURSUANT TO FRCP 23 AND
DEFENDANTS' MOTION TO
DECERTIFY FLSA COLLECTIVE
ACTION**

**(First Request)**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Donald

Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour,

and Daniel Tracy, on behalf of themselves and all others allegedly similarly situated

("Plaintiffs"), by and through their counsel of record, and Defendant State of Nevada, *ex rel.* its

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

- 1 -
STIPULATION FOR EXTENSION OF TIME

Department of Corrections ("NDOC"), by and through its counsel of record, that the time in which the Parties shall have to file Fed. R. Civ. P. 23 and FLSA decertification motions shall be extended past the current deadline of Friday, December 22, 2017 (ECF No. 121) as follows:

1)    Plaintiffs' Motion for FRCP 23 Class Certification shall be filed on or before, Wednesday, January 31, 2018. Defendants' Opposition to FRCP 23 Class Certification shall be filed on or before, Wednesday February 28, 2018.  Plaintiffs' Reply in support of Plaintiffs' FRCP 23 Class Certification shall be filed on or before Wednesday, March 21, 2018.

2)    Defendants' Motion to Decertify FLSA Collective action shall be filed on or before, Wednesday, January 31, 2018. Plaintiffs' Opposition to Decertify shall be filed on or before, Wednesday February 28, 2018.  Defendants' Reply in support of Defendants' Motion to decertify shall be filed on or before Wednesday, March 21, 2018.

The case involves class certification, decertification of a previously certified collective action, and complex legal arguments.  The Parties have engaged in discovery to create a detailed factual record.  The Parties request the additional time in light of the recently completed expert depositions, the extensive discovery in the form of multiple site inspections, voluminous disclosures and written discovery, depositions of five (5) PMKs, seven (7) named Plaintiffs, twenty-five (25) opt-ins Plaintiffs, and in order to allow for previously planned counsel and staff vacations scheduled to take place over the end of the year holidays.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Counsel certifies that this request is made in good faith and not for the purposes of delay.

Dated this 12th day of December 2017.    Dated this 12th day of December 2017

THIERMAN BUCK LLP    WILSON ELSER MOSKOWITZ EDELMAN
                                          & DICKER LLP

*/s/ Leah L. Jones*                         */s/ Richard I. Dreitzer*
Mark R. Thierman, NV Bar No. 8285    Richard I. Dreitzer
Joshua D. Buck, NV Bar No. 12187    Nevada Bar No. 6626
Leah L. Jones, NV Bar No. 13161    David S. Kahn
7287 Lakeside Drive    Nevada Bar No. 7038
Reno, Nevada 89511    300 South Fourth Street, 11th Floor
*Attorneys for Plaintiffs*    Las Vegas, NV 89101
     *Attorneys for Defendant State of Nevada,*
     *ex rel. its Department of Corrections*

## **ORDER**

**IT IS SO ORDERED.**

DATED this ___12th___ day of December 2017.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME