1   **RICHARD I. DREITZER, ESQ.**
    Nevada Bar No. 6626
2   **DAVID S. KAHN, ESQ.**
    Nevada Bar No. 7038
3   **JAMES T. TUCKER, ESQ.**
    Nevada Bar No. 12507
4   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
    300 South Fourth Street, Eleventh Floor
5   Las Vegas, Nevada 89101
    Tel: 702.727.1400/Fax: 702.727.1401
6   Richard.Dreitzer@wilsonelser.com
    David.Kahn@wilsonelser.com
7   James.Tucker@wilsonelser.com

8   *Attorneys for Defendant The State of Nevada, ex rel.*
    *its Department of Corrections*

9
                    **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF NEVADA**
11

12  DONALD WALDEN JR, NATHAN              Case No.: 3:14-cv-00320-MMD-WGC
    ECHEVERRIA, AARON DICUS, BRENT
13  EVERIST, TRAVIS ZUFELT, TIMOTHY
    RIDENOUR, and DANIEL TRACY on behalf
14  of themselves and all others similarly situated,   **STIPULATION FOR ENLARGEMENT OF**
                                                        **TIME TO FILE RESPONSIVE**
15                      Plaintiffs,                     **PLEADINGS AND ORDER**
                                                        **(First Request)**
16  vs.

17  THE STATE OF NEVADA, EX REL. ITS
    NEVADA DEPARTMENT OF
18  CORRECTIONS, and DOES 1-50,

19                      Defendant.

20          Defendant State of Nevada, ex rel. its Department of Corrections ("NDOC"), and Plaintiffs,

21  Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy

22  Ridenour, and Daniel Tracy, on behalf of themselves and all others allegedly similarly situated

23  ("Plaintiffs") (collectively referred to as "the Parties"), by and through their respective counsel of

24  record, hereby stipulate and agree to extend the time for the Parties to file the following responsive

25  pleadings:

26          Currently, NDOC's opposition to Plaintiffs' Motion for Partial Summary Judgment is due on

27  February 21, 2018.   The Parties have stipulated to allow NDOC additional time to file their

28  opposition up to and including February 28, 2018.   The Parties have further stipulated that the

1  Plaintiffs' reply will be due on or before March 21, 2018. The Parties are requesting this extension
2  due to counsels' professional commitments and existing workload.

3       Additionally, the deadline for NDOC to file their opposition to Plaintiffs' Motion for Class
4  Certification is February 28, 2018. The Parties have stipulated to allow NDOC additional time to
5  file their opposition up to and including March 7, 2018. The Parties have further stipulated that the
6  Plaintiffs' reply will be due on or before March 28, 2018. The Parties are requesting this extension
7  due to counsels' professional commitments and existing workload.

8       Finally, the deadline for Plaintiffs to file their opposition to NDOC's Motion to Decertify the
9  Collective Action is February 28, 2018. The Parties have stipulated to allow Plaintiffs additional
10  time to file their opposition up to and including March 7, 2018. The Parties have further stipulated
11  that NDOC's reply will be due on or before March 28, 2018. The Parties are requesting this
12  extension due to counsels' professional commitments and existing workload.

13       Counsel certifies that this request is made in good faith and not for the purposes of delay.

14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1264955v.1

This is the first request for an extension of time to file the above-mentioned responsive pleadings.

Dated this 21st day of February, 2018.

Dated this 21st day of February, 2018.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

THIERMAN BUCK LLP

*/s/ Richard I. Dreitzer*
_____

*/s/ Richard I. Dreitzer*
_____

Richard I. Dreitzer
Nevada Bar. No. 6626
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

DATED this ___22nd___ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

1264955v.1