1 **RICHARD I. DREITZER, ESQ.**
Nevada Bar No. 6626
2 **DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
3 **JAMES T. TUCKER, ESQ.**
Nevada Bar No. 12507
4 **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, Eleventh Floor
5 Las Vegas, Nevada 89101
Tel: 702.727.1400/Fax: 702.727.1401
6 Richard.Dreitzer@wilsonelser.com
David.Kahn@wilsonelser.com
7 James.Tucker@wilsonelser.com

8 *Attorneys for Defendant The State of Nevada, ex rel.
its Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendant. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS AND ORDER**<br>**(Second Request)** |

Defendant State of Nevada, ex rel. its Department of Corrections ("NDOC"), and Plaintiffs, Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others allegedly similarly situated ("Plaintiffs") (collectively referred to as "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for the Parties to file the following responsive pleadings:

Currently, the deadline for NDOC to file their opposition to Plaintiffs' Motion for Class Certification is March 7, 2018. (ECF No. 141) The Parties have stipulated to allow NDOC additional time to file their opposition up to and including March 12, 2018. The Parties have further

1271898v.2

stipulated that the Plaintiffs' reply will be due on or before April 1, 2018. The Parties are requesting this extension due to counsels' professional commitments and existing workload and the fact that Counsel for NDOC is proceeding to trial on March 26, 2018.

Currently, the deadline for Plaintiffs to file their opposition to Defendants' Motion for Decertification is March 7, 2018. (ECF No. 141.) The Parties have stipulated to allow Plaintiffs additional time to file their opposition up to and including March 12, 2018. The Parties have further stipulated that the Defendants' reply will be due on or before April 1, 2018. The Parties are requesting this extension due to counsels' professional commitments and existing workload and the fact that Counsel for NDOC is proceeding to trial on March 26, 2018.

Counsel certifies that this request is made in good faith and not for the purposes of delay. This is the second request for an extension of time to file the above-mentioned responsive pleadings.

Dated this 7th day of March, 2018.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

/s/ Richard I. Dreitzer
_____
Richard I. Dreitzer
Nevada Bar. No. 6626
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

Dated this 7th day of March, 2018.

THIERMAN BUCK LLP

/s/ Joshua Buck
_____
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

## **ORDER**

**IT IS SO ORDERED.**

DATED this __7th____ day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

1271898v.2