THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

WILSON ELSER MOSKOWITZ, EDELMEN & DICKER LLP
Richard I. Dreitzer (NV Bar No. 6626)
Richard.Dreitzer@wilsonelser.com
David S. Kahn (NV Bar No. 7038)
David.Kahn@wilsonelser.com
James T. Tucker (NV Bar No. 12507)
James.Tucker@wilsonelser.com
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

Adam Paul Laxalt (NV Bar No. 12426)
ATTORNEY GENERAL
Theresa M. Haar (Bar No. 12158)
Senior Deputy Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 891014

*Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR RESPONSIVE PLEADINGS**<br><br>(Second Request For Plaintiffs' Motion for Partial Summary Judgement)<br><br>(Third Request For Motions for FRCP 23 Class Certification and FLSA Decertification)<br><br>**AND ORDER THEREON** |

THERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thermanbuck.com www.thermanbuck.com

Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all other similarly situated, and Defendant STATE OF NEVADA, *EX. REL*. ITS DEPARTMENT OF CORRECTIONS (collectively "The Parties), by and through their respective counsel of record, hereby stipulate and agree to extend the time for the Parties to file the following responsive pleadings:

1. <u>Plaintiffs' Motion for Partial Summary Judgment:</u>

Currently, the deadline for Plaintiffs' Reply in support of their Motion for Partial Summary Judgement on the FLSA Claims is March 21, 2018. (ECF No. 141.) The Parties have stipulated to allow Plaintiffs additional time to file their Reply up to and including Monday, April 16, 2018. This is the Parties second request to extend deadlines.

2. <u>Plaintiffs' Motion for FRCP 23 Class Certification:</u>

Currently, the deadline for Plaintiffs' Reply in support of their Motion for FRCP 23 Class Certification is April 1, 2018. (ECF No. 153.) The Parties have stipulated to allow Plaintiffs additional time to file their Reply up to and including Monday, April 16, 2018. This is the Parties third request to extend deadlines.

3. <u>Defendants' Motion for Decertification of the FLSA Class:</u>

Currently, the deadline for Defendants' Reply in support of their Motion for Decertification of the FLSA Class is April 1, 2018. (ECF No. 153.) The Parties have stipulated to allow Defendants additional time to file their Reply up to and including Monday, April 16, 2018. This is the Parties third request to extend deadlines.

/ / /
/ / /
/ / /
/ / /
/ / /

The Parties are requesting this extension due to counsels' professional commitments and existing workload.

This stipulation is made in good faith and not for the purposes of undue burden or delay.

IT IS SO STIPULATED.

Dated: March 19, 2018

THIERMAN BUCK LLP

/s/ Leah L. Jones
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

Dated: March 19, 2018

WILSON ELSER MOSKOWITZ, EDELMEN & DICKER LLP

/s/ David S. Kahn
Richard I. Dreitzer, Bar No. 6626
David S. Kahn, Bar No. 7038
James T. Tucker, Bar No. 12507
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this 19th day of March, 2018.

_____
U.S. District/Magistrate Judge