1 **RICHARD I. DREITZER, ESQ.**
Nevada Bar No. 6626
2 **DAVID S. KAHN, ESQ.**
Nevada Bar No. 7038
3 **JAMES T. TUCKER, ESQ.**
Nevada Bar No. 12507
4 **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, Eleventh Floor
5 Las Vegas, Nevada 89101
Tel: 702.727.1400/Fax: 702.727.1401
6 Richard.Dreitzer@wilsonelser.com
David.Kahn@wilsonelser.com
7 James.Tucker@wilsonelser.com

8 *Attorneys for Defendant The State of Nevada, ex rel.
its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendant. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**JOINT RESPONSE TO CERTIFICATION OF NEVADA MINIMUM WAGE AMENDMENT ISSUE (ECF NO. 166) AND STIPULATION TO DISMISS RELATED CAUSE OF ACTION** |

Defendant State of Nevada, ex rel. its Department of Corrections ("NDOC"), and Plaintiffs, Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others allegedly similarly situated ("Plaintiffs") (collectively referred to as "the Parties"), by and through their respective counsel of record, hereby state the following:

1. Both NDOC and Plaintiffs have reviewed this Court's Order of March 26, 2018 (ECF No. 166) and the Court's order that the parties address the issue of whether "…certification of the question whether Nevada's Minimum Wage Amendment applies to state government employees is

1280354v.1

warranted and what effect certification would have on the remaining claims in this action…" (ECF No. 166, pg. 18.)

2. Having discussed the issue, both NDOC and the Plaintiffs agree to dismiss this cause of action within Plaintiff's First Amended Complaint (i.e., Plaintiff's Third Cause of Action – Failure to Pay Minimum Wages in Violation of the Nevada Constitution, ECF No. 95, pgs. 31-32) without prejudice.

3. In light of this stipulation, both NDOC and the Plaintiffs agree that any further consideration of whether to certify this question has been rendered moot.

Dated this 2nd day of April, 2018.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Richard I. Dreitzer*
Richard I. Dreitzer
Nevada Bar. No. 6626
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

Dated this 2nd day of April, 2018.

THIERMAN BUCK LLP

*/s/ Joshua D. Buck*
Mark R. Thierman
Nevada Bar No. 8285
Joshua D. Buck
Nevada Bar No. 12187
Leah L. Jones
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

DATED this __2nd____ day of April, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

2

1280354v.1