THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

WILSON ELSER MOSKOWITZ,
EDELMEN & DICKER LLP
Richard I. Dreitzer (NV Bar No. 6626)
Richard.Dreitzer@wilsonelser.com
David S. Kahn (NV Bar No. 7038)
David.Kahn@wilsonelser.com
James T. Tucker (NV Bar No. 12507)
James.Tucker@wilsonelser.com
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

Adam Paul Laxalt (NV Bar No. 12426)
ATTORNEY GENERAL
Theresa M. Haar (Bar No. 12158)
Senior Deputy Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 891014

*Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 26, 2018, ORDER WITH RESPECT TO THE NRS 284.180 OVERTIME CLAIM**<br><br>(First Request)<br><br>**AND ORDER THEREON** |

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

1   Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS,
2   BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on
3   behalf of themselves and all other similarly situated, and Defendant STATE OF NEVADA, *EX.*
4   *REL.* ITS DEPARTMENT OF CORRECTIONS (collectively "The Parties), by and through
5   their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiffs to
6   file their Reply in support of their Motion for Reconsideration of the Court's March 26, 2018
7   Order (ECF No. 166) with respect to the NRS 284.180 overtime claim pursuant to FRCP 59(e)
8   and 60(b) should be enlarged for seven (7) calendar days from its current due date of Friday,
9   April 27, 2018 up to and including Friday, May 4, 2018.

10  / / /
11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / // / /
25  / / /
26  / / /
27  / / /
28

Plaintiffs are requesting this extension due to counsels' professional commitments and existing workload.

This stipulation is made in good faith and not for the purposes of undue burden or delay.

IT IS SO STIPULATED.

Dated: April 25, 2018.                         Dated: April 25, 2018.

THIERMAN BUCK LLP                              WILSON ELSER MOSKOWITZ,
                                               EDELMEN & DICKER LLP

*/s/ Leah L. Jones*                            */s/ Richard I. Dreitzer*
Mark R. Thierman, Esq., Bar No. 8285           Richard I. Dreitzer, Bar No. 6626
Joshua D. Buck, Esq., Bar No. 12187            David S. Kahn, Bar No. 7038
Leah L. Jones, Esq., Bar No. 13161             James T. Tucker, Bar No. 12507
7287 Lakeside Drive                            300 South 4th Street - 11th Floor
Reno, Nevada 89511                             Las Vegas, NV 89101-6014
Tel. (775) 284-1500                            Telephone: (702) 727-1400
Fax. (775) 703-5027                            Facsimile: (702) 727-1401

*Attorneys for Plaintiffs*                     *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this  25th  day of April, 2018.

_____
U.S. District Judge