THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

WILSON ELSER MOSKOWITZ,
EDELMEN & DICKER LLP
Richard I. Dreitzer (NV Bar No. 6626)
Richard.Dreitzer@wilsonelser.com
David S. Kahn (NV Bar No. 7038)
David.Kahn@wilsonelser.com
James T. Tucker (NV Bar No. 12507)
James.Tucker@wilsonelser.com
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

Adam Paul Laxalt (NV Bar No. 12426)
ATTORNEY GENERAL
Theresa M. Haar (Bar No. 12158)
Senior Deputy Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 891014

*Attorneys for Defendant The State of Nevada,
ex rel. its Department of Corrections*

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated, | Case No.: 3:14-cv-00320-MMD-WGC |
| Plaintiffs, | **STIPULATION FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE ALL EVIDENCE FROM PLAINTIFFS' EXPERTS, THE EMPLOYMENT RESEARCH CORPORATION, MALCOLM COHEN, AND LAURA STEINER** |
| v. | |
| THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, | (Third Request) |
| Defendants. | **AND ORDER THEREON** |

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

1   Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS,

2   BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on

3   behalf of themselves and all other similarly situated, and Defendant STATE OF NEVADA, *EX.*

4   *REL.* ITS DEPARTMENT OF CORRECTIONS (collectively "The Parties), by and through their

5   respective counsel of record, hereby stipulate and agree to extend the time for Plaintiffs to file

6   their Opposition to Defendants' Motion to Exclude All Evidence From Plaintiffs' Experts, The

7   Employment Research Corporation, Malcolm Cohen, and Laura Steiner (ECF No. 189) for seven

8   (7) calendar days from its current due date of Monday, July 30, 2018 up to and including Monday,

9   August 6, 2018 and for Defendant to file its Reply in Support of Motion to Exclude All Evidence

10  From Plaintiffs' Experts, The Employment Research Corporation, Malcolm Cohen, and Laura

11  Steiner, up to and including Monday, August 20, 2018.

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

STIPULATION AND ORDER TO FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE
DEFENDANTS' MOTION TO EXCLUDE EXPERT EVIDENCE

Plaintiffs are requesting this extension due to counsels' professional commitments and existing workload.

This stipulation is made in good faith and not for the purposes of undue burden or delay.

IT IS SO STIPULATED.

Dated: July 27, 2018.

THIERMAN BUCK LLP

*/s/Joshua D. Buck*
Mark R. Thierman, Esq., Bar No. 8285
Joshua D. Buck, Esq., Bar No. 12187
Leah L. Jones, Esq., Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

Dated: July 27, 2018.

WILSON ELSER MOSKOWITZ,
EDELMEN & DICKER LLP

*/s/Richard I. Dreitzer*
Richard I. Dreitzer, Bar No. 6626
David S. Kahn, Bar No. 7038
James T. Tucker, Bar No. 12507
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this <u>30th</u> day of <u>July</u>, 2018.

_____
U.S. District/~~Magistrate~~ Judge

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

STIPULATION AND ORDER TO FOR EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE
DEFENDANTS' MOTION TO EXCLUDE EXPERT EVIDENCE