1  Richard I. Dreitzer (Bar. No. 6626)
   David S. Kahn (Bar No. 7038)
2  James T. Tucker (Bar No. 12507)
   Wilson Elser Moskowitz Edelman & Dicker LLP
3  300 South 4th Street - 11th Floor
   Las Vegas, NV 89101-6014
4  Tel: (702) 727-1400/Fax: (702) 727-1401
   Richard.Dreitzer@wilsonelser.com
5  David.Kahn@wilsonelser.com
   James.Tucker@wilsonelser.com
6
   Adam Paul Laxalt, Esq.
7  Attorney General
   Theresa M. Haar (Bar No. 12158)
8  Senior Deputy Attorney General
   555 E. Washington Ave. Ste. 3900
9  Las Vegas, NV 89101
   thaar@ag.nv.gov
10 *Attorneys for Defendants The State of Nevada, ex rel.
   its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE:**<br><br>**(1) OPPOSITION TO PLAINTIFFS' MOTION FOR DISMISSAL OF NDOC CONSERVATION CAMPS AND TRANSITIONAL HOUSING FACILITIES AND THE CLAIMS OF OPT-IN PLAINTIFFS WHO WORKED AT THOSE FACILITIES WITHOUT PREJUDICE**<br><br>**(2) REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLAIMS OF ALL NON-PARTICIPATING PLAINTIFFS**<br><br>(First Request)<br><br>**AND ORDER THEREON** |

Defendant, STATE OF NEVADA, *EX REL*. ITS DEPARTMENT OF CORRECTIONS ("NDOC") and Plaintiffs, DONALD WALDEN, JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR and DANIEL TRACY, on behalf

1353918v.2

of themselves and all others similarly situated (collectively, "The Parties") by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant, NDOC to file its Opposition to Plaintiffs' Motion for Dismissal of NDOC Conservation Camps and Transitional Housing Facilities and the Claims of Opt-In Plaintiffs Who Worked at Those Facilities Without Prejudice (ECF No. 198) for fourteen (14) calendar days from August 10, 2018 up to and including August 24, 2018, with Plaintiffs' Reply thereon due seven (7) days thereafter, up to and including August 31, 2018.

The Parties further hereby stipulate and agree to extend the time for Defendant, NDOC to file its Reply in Support of Motion to Dismiss Claims of All Non-Participating Plaintiffs (ECF No. 195) for fourteen (14) days from August 13, 2018 to up to and including August 27, 2018.

Defendant is requesting this extension due to counsels' professional commitments and existing workload.

This stipulation is made in good faith and is not for purpose of undue burden or delay.

IT IS SO STIPULATED.

DATED: August 9, 2018.                                  DATED: August 9, 2018.

**WILSON ELSER MOSKOWITZ**                              **THIERMAN BUCK, LLP**
**EDELMAN & DICKER LLP**

BY: */s/ Richard Dreitzer*                              BY: */s/ Leah L. Jones*
Richard I. Dreitzer (Nevada Bar. No. 6626)              Mark R. Thierman (Nevada Bar No. 8285)
South 4th Street - 11th Floor                           Joshua D. Buck (Nevada Bar No. 12187)
Las Vegas, NV 89101-6014                                Leah L. Jones (Nevada Bar No. 13161)
*Attorneys for Defendants, The State of*                7287 Lakeside Drive
*Nevada, ex rel. is Department of*                      Reno, NV 89511
*Corrections*                                           *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated this  9th  day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

1353918v.2