Richard I. Dreitzer (Bar. No. 6626)
David S. Kahn (Bar No. 7038)
James T. Tucker (Bar No. 12507)
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Richard.Dreitzer@wilsonelser.com
David.Kahn@wilsonelser.com
James.Tucker@wilsonelser.com

Adam Paul Laxalt, Esq.
Attorney General
Theresa M. Haar (Bar No. 12158)
Senior Deputy Attorney General
555 E. Washington Ave. Ste. 3900
Las Vegas, NV 89101
thaar@ag.nv.gov
*Attorneys for Defendants The State of Nevada, ex rel.
its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLAIMS OF ALL NON-PARTICIPATING PLAINTIFFS**<br><br>(First Request)<br><br>**AND ORDER THEREON** |

Defendant, STATE OF NEVADA, *EX REL*. ITS DEPARTMENT OF CORRECTIONS ("NDOC") and Plaintiffs, DONALD WALDEN, JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR and DANIEL TRACY, on behalf of themselves and all others similarly situated (collectively, "The Parties") by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant, NDOC to file its Reply in Support of Motion to Exclude All Evidence From Plaintiffs' Experts, The

1355353v.1

Employment Research Corporation, Malcolm Cohen and Laura Steiner (ECF No. 189) from August 20, 2018 up to and including September 5, 2018.

Defendant is requesting this extension due to counsels' professional commitments and existing workload.

This stipulation is made in good faith and is not for purpose of undue burden or delay.

IT IS SO STIPULATED.

DATED: August 15, 2018.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

BY: */s/ Richard Dreitzer*
Richard I. Dreitzer (Nevada Bar. No. 6626)
South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
*Attorneys for Defendants, The State of Nevada, ex rel. is Department of Corrections*

DATED: August 15, 2018.

**THIERMAN BUCK, LLP**

BY: */s/ Leah L. Jones*
Mark R. Thierman (Nevada Bar No. 8285)
Joshua D. Buck (Nevada Bar No. 12187)
Leah L. Jones (Nevada Bar No. 13161)
7287 Lakeside Drive
Reno, NV 89511
*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

Dated this 15th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

1355353v.1