THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFFS TO FILE THEIR REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS CONSERVATION CAMPS AND TRADITIONAL HOUSING FACILITIES**<br><br>**(First Request[1])** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others allegedly similarly situated ("Plaintiffs"), by and through their counsel of record, and Defendant State of Nevada, *ex rel.* its Department of Corrections ("NDOC"), by and through its counsel of record, (collectively, "The Parties") to extend the time for Plaintiffs to file their Reply in support of Plaintiffs' Motion for

---

[1] This is Plaintiffs' First request for an extension of time. The Parties stipulated, and the Court previously granted an extension of time for Defendants to file their Opposition. ECF No. 202.

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

Dismissal of NDOC Conservation Camps and Traditional Housing Facilities and the Claims of Opt-in Plaintiffs Who Worked at Those Facilities Without Prejudice.

Plaintiffs' Motion for Dismissal of NDOC Conservation Camps and Traditional Housing Facilities and the Claims of Opt-in Plaintiffs Who Worked at Those Facilities Without Prejudice was filed on July 30, 2018. (ECF No. 198.) Defendants' Opposition was timely filed on August 27, 2018. (ECF No. 206). Plaintiffs' Reply is currently due Friday, August 31, 2018. Plaintiffs' request a one week extension of time up to and including Friday, September 7, 2018.

Plaintiffs are requesting this extension of time due to counsels' parental leave, pre-planned vacation time, and workload.

This stipulation is made in good faith and is not for the purpose of undue burden or delay.

**IT IS SO STIPULATED.**

Dated this 28th day of August 2018.

THIERMAN BUCK LLP

*/s/ Leah L. Jones*
Mark R. Thierman, NV Bar No. 8285
Joshua D. Buck, NV Bar No. 12187
Leah L. Jones, NV Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated this 28th day of August 2018.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Richard I. Dreitzer*
Richard I. Dreitzer
Nevada Bar No. 6626
David S. Kahn
Nevada Bar No. 7038
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant State of Nevada, ex rel. its Department of Corrections*

**IT IS SO ORDERED.**

DATED this  28th  day of  August  2018.

_____
UNITED STATES JUDGE