1  Richard I. Dreitzer (Bar. No. 6626)
   David S. Kahn (Bar No. 7038)
2  James T. Tucker (Bar No. 12507)
   Wilson Elser Moskowitz Edelman & Dicker LLP
3  300 South 4th Street - 11th Floor
   Las Vegas, NV 89101-6014
4  Telephone: (702) 727-1400
   Facsimile: (702) 727-1401
5  Richard.Dreitzer@wilsonelser.com
   David.Kahn@wilsonelser.com
6  James.Tucker@wilsonelser.com

7  Adam Paul Laxalt, Esq.
   Attorney General
8  Theresa M. Haar (Bar No. 12158)
   Senior Deputy Attorney General
9  555 E. Washington Ave. Ste. 3900
   Las Vegas, NV 89101
10 thaar@ag.nv.gov
   *Attorneys for Defendants The State of Nevada, ex rel.*
11 *its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE ALL EVIDENCE FROM PLAINTIFFS' EXPERTS, THE EMPLOYMENT RESEARCH CORPORATION, MALCOLM COHEN AND LAURA STEINER**<br><br>(Second Request)<br><br>**AND ORDER THEREON** |

Defendant, STATE OF NEVADA, *EX REL.* ITS DEPARTMENT OF CORRECTIONS ("NDOC") and Plaintiffs, DONALD WALDEN, JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR and DANIEL TRACY, on behalf of themselves and all others similarly situated (collectively, "The Parties") by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant, NDOC to file its Reply in Support of Motion to Exclude All Evidence From Plaintiffs' Experts, The

1362140v.1

Employment Research Corporation, Malcolm Cohen and Laura Steiner (ECF No. 189) from September 5, 2018 up to and including September 12, 2018.

Defendant is requesting this extension due to counsels' professional commitments and existing workload.

This stipulation is made in good faith and is not for purpose of undue burden or delay.

IT IS SO STIPULATED.

DATED: September 4, 2018.                                   DATED: September 4, 2018.

**WILSON ELSER MOSKOWITZ**                      **THIERMAN BUCK, LLP**
**EDELMAN & DICKER LLP**

BY: */s/Richard I. Dreitzer*                                      BY: */s/ Leah L. Jones*
    Richard I. Dreitzer (Nevada Bar. No. 6626)         Mark R. Thierman (Nevada Bar No. 8285)
    South 4th Street - 11th Floor                              Joshua D. Buck (Nevada Bar No. 12187)
    Las Vegas, NV 89101-6014                                   Leah L. Jones (Nevada Bar No. 13161)
    *Attorneys for Defendants, The State of*                  7287 Lakeside Drive
    *Nevada, ex rel. is Department of*                         Reno, NV 89511
    *Corrections*                                              *Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

Dated this  5th   day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

1362140v.1