UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD WALDEN, Jr.; *et al.*,<br><br>    Plaintiffs - Appellees,<br>v.<br><br>STATE OF NEVADA and NEVADA DEPARTMENT OF CORRECTIONS,<br><br>    Defendants - Appellants. | Case No. 3:14-cv-0320-MMD-WGC<br>Ninth Circuit Court of Appeals No. 18-15691<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on December 23, 2019, issued its amended opinion affirming the judgment of this Court (ECF No. 240), and on December 31, 2019, issued its mandate thereon (ECF No. 241), and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 31st day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE