Sheri M. Thome, Esq.
Nevada Bar No. 008657
James T. Tucker, Esq.
Nevada Bar No. 012507
Cara T. Laursen, Esq.
Nevada Bar No. 014563
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
James.Tucker@wilsonelser.com
CaraT.Laursen@wilsonelser.com
*Attorneys for Defendant The State of Nevada, Ex. Rel. Its Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTION, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT NDOC TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION FOR DISMISSAL OF THE NDOC CONSERVATION CAMPS AND TRANSITIONAL HOUSING FACILITIES AND THE CLAIMS OF THE OPT-IN PLAINTIFFS WHO WORKED AT THOSE FACILITIES WITHOUT PREJUDICE**<br><br>**[FIRST REQUEST]** |

Defendant, the State of Nevada, Ex. Rel. Its Nevada Department of Corrections ("NDOC"), and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for NDOC to file a response to Plaintiffs' Motion For Dismissal Of The NDOC Conservation Camps And Transitional Housing Facilities And The Claims Of The Opt-In Plaintiffs Who Worked At Those Facilities Without Prejudice ("Motion") by one week, from February 13, 2020 to **February 20, 2020**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as counsel for the NDOC experienced a Firm wide system crash which resulted in having no access to the document management system which holds all relevant file materials and information necessary to respond to Plaintiffs' Motion. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of the deadline.

DATED this 12th day of February, 2020.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ James T. Tucker*
Sheri M. Thome, Esq., Nevada Bar No. 008657
James T. Tucker, Esq., Nevada Bar No. 012507
Cara T. Laursen, Esq., Nevada Bar No. 014563
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*

DATED this 12th day of February, 2020.

THIERMAN BUCK LLP

*/s/ Leah L. Jones*
Mark R. Thierman, Esq., Nevada Bar No. 8285
Joshua D. Buck, Esq., Nevada Bar No. 12187
Leah L. Jones, Esq., Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE