THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, <br><br> Defendants. | Case No.: 3:14-cv-00320-MMD-WGC <br><br> **COMPENDIUM OF EXHIBITS, INCLUDING DEPOSITION TESTIMONY, IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY FOR UNPAID WAGES UNDER THE FLSA** |

Plaintiffs, Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, hereby submit their Index and Compendium of Class Member Declarations and Deposition Testimony and Exhibits in support of Plaintiffs' Motion for Partial Summary Judgment.

<u>EXHIBITS:</u>

1. NDOC Administrative regulation (AR) 326, Posting of Shifts/Overtime
2. ESP Operating Procedure ("OP") 322, Posting of Shifts/Reporting for Duty
3. HDSP OP 032, Posting of Shifts/Reporting for Duty (Marked Confidential)

4. SDCC OP 326, Posting of Shifts/Overtime

5. NNCC OP 326, Posting of Shifts/Overtime

6. FMWCC OP 326, Posting of Shifts/Overtime (Marked Confidential)

7. WSCC OP 326, Security Staffing (Marked Confidential)

8. NNCC OP 307 Pull and Shutdown Procedures (Marked Confidential)

9. Correctional Lieutenant and Correctional Sargent Class Specification

10. NDOC Payroll Procedures

11. Deposition of Hope Chowanski (Marked Confidential)

12. NDOC Administrative regulation (AR) 320 – Salary Administration

13. California Correctional Peace Officer Association Collective Bargaining Agreement

14. Christopher Newport University Peter M Carlson, Ph.D., Peter M. Carlson, Judith Simon Garrett, Ph.D, Prison and Jail Administration: Practice and Theory

WARDEN DEPOSITION TESTIMONY[1]:

15. Isidro Baca (Marked Confidential)

16. Renee Baker (Marked Confidential)

17. Jo Gentry (Marked Confidential)

18. Brian Williams (Marked Confidential)

CO DEPOSITION TESTIMONY:

19. Ray Allen (Marked Confidential)

20. Adrian Arias (Marked Confidential)

21. Carl Arnold (Marked Confidential)

22. Vironica Banks (Marked Confidential)

23. Joseph Baros (Marked Confidential)

24. Francisco Bautista (Marked Confidential)

---

[1] As of January 31, 2018, NDOC has requested that all deposition testimony be marked "Confidential." Accordingly and pursuant to the Court's Protective Order, these documents have not been submitted to the Court at this time. The party seeking to maintain the confidentiality of the document—i.e., NDOC—must seek an order to seal this document. *See* ECF No. 73, at ¶ 11 (a). Plaintiffs will file these documents, either under seal or in open court, once this Court rules on NDOC's anticipated motion. *See Id.* ("The confidential material will not be filed until after the Court has ruled on the party's Motion to File Documents Under Seal.")

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

| | |
|---|---|
| 1 | 25. Timothy Carlman (Marked Confidential) |
| 2 | 26. Terry Day (Marked Confidential) |
| 3 | 27. Aaron Dicus (Marked Confidential) |
| 4 | 28. Nathan Echeverria (Marked Confidential) |
| 5 | 29. Brent Everist (Marked Confidential) |
| 6 | 30. Jason Hanski (Marked Confidential) |
| 7 | 31. Eric Jones (Marked Confidential) |
| 8 | 32. Paul Kluever (Marked Confidential) |
| 9 | 33. Dariusz Krol (Marked Confidential) |
| 10 | 34. Tony Lai (Marked Confidential) |
| 11 | 35. Kristopher Ledingham (Marked Confidential) |
| 12 | 36. Andre Natali (Marked Confidential) |
| 13 | 37. Teresa Radke (Marked Confidential) |
| 14 | 38. Timothy Ridenour (Marked Confidential) |
| 15 | 39. Donald Riggs (Marked Confidential) |
| 16 | 40. Daryl Rocho (Marked Confidential) |
| 17 | 41. Jan Shultz (Marked Confidential) |
| 18 | 42. Daniel Tracy (Marked Confidential) |
| 19 | 43. Terry Tremblay (Marked Confidential) |
| 20 | 44. Joel Tyning (Marked Confidential) |
| 21 | 45. Kirk Valdez (Marked Confidential) |
| 22 | 46. Donald Walden (Marked Confidential) |
| 23 | 47. Travis Zufelt (Marked Confidential) |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

Dated this 24st day of February 2020.       THIERMAN BUCK LLP


*/s/ Joshua D. Buck*
Mark R. Thierman, NV Bar No. 8285
Joshua D. Buck, NV Bar No. 12187
Leah L. Jones, NV Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*