THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | Case No.: 3:14-cv-00320-MMD-WGC<br><br>**NOTICE OF FILING OF CONSENTS TO JOINDER** |

PLEASE TAKE NOTICE that annexed hereto are Consents to Sue pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of this date on behalf of the following individuals:

/ / /

/ / /

/ / /

/ / /

/ / /

| No. | Last Name | First Name |
|-----|-----------|------------|
| 1.  | Roman     | Matthew    |

Dated: March 24, 2020                    THIERMAN BUCK LLP


*/s/ Leah L. Jones*
Mark R. Thierman, NV Bar No. 8285
Joshua D. Buck, NV Bar No. 12187
Leah L. Jones, NV Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

DocuSign Envelope ID: 2A7CA526-C8AC-4450-9C4D-206B6391E1F8

Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), the undersigned hereby consents in writing to become a party plaintiff against my Employer, Former Employer, and/or any and all its affiliated entities. I authorize the filing of a copy of this consent form with this Court in this action or any related or successor actions. I further consent to join this and/or any subsequent or amended suit against the same or related defendant for wage and hour violations.

Dated: 3/24/2020

Name: Matthew Roman
(Please Print)

Signature: [signed]

Employer: Nevada Department of Corrections

In the last 6 years, I worked as a Correctional Officer for the State of Nevada at the following locations:

| | FACILITY | APPROXIMATE DATES |
|---|---|---|
| 1. | LCC | 8/2013 – 3/2015 |
| 2. | ESP | 3/2015 – 8/2015 |
| 3. | Sargent in Charge of Training at ESP | 8/2015 – 1/2019 |
| 4. | ESP | 1/2019 – Present |
| 5. | | |

The following contact information below will be redacted before filing with the Court:

Please return via Fax, Email or U.S. Mail to:
Thierman Buck, LLP
7287 Lakeside Drive
Reno, NV 89511
Phone: 775-284-1500
Fax: 775-703-5027
Email: info@thiermanbuck.com

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

- 1 -
**CONSENT TO SUE**