Sheri M. Thome, Esq.
Nevada Bar No. 008657
James T. Tucker, Esq.
Nevada Bar No. 012507
Cara T. Laursen, Esq.
Nevada Bar No. 014563
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
James.Tucker@wilsonelser.com
CaraT.Laursen@wilsonelser.com
*Attorneys for Defendant The State of Nevada, Ex. Rel. Its Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTION, and DOES 1-50,<br><br>Defendants. | Case No. 3:14-cv-00320-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR (1) FILING DISPOSITIVE MOTIONS AND (2) FILING AN OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY FOR UNPAID WAGES UNDER THE FLSA**<br><br>**(SECOND REQUEST)** |

Defendant, the State of Nevada, Ex. Rel. Its Nevada Department of Corrections ("NDOC"), and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the dispositive motion deadline by one week, from April 1, 2020 to **April 8, 2020**.

The Parties further stipulate and agree to extend the deadline for responding to Plaintiffs' Motion for Partial Summary Judgment on Liability for Unpaid Wages Under the FLSA [ECF No. 256] by one week, from March 30, 2020 to **April 6, 2020**.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the

requested extension due to the challenges of working remotely due to the COVID-19 crisis, including slower connectivity, communications delays, and obtaining records necessary to the motions.

Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' second request for extension of this deadline.

DATED this 30th day of March, 2020.

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        */s/ James T. Tucker*
Sheri M. Thome, Esq., Nevada Bar No. 008657
James T. Tucker, Esq., Nevada Bar No. 012507
Cara T. Laursen, Esq., Nevada Bar No. 014563
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*

DATED this 30th day of March, 2020.

THIERMAN BUCK LLP

*/s/ Leah L. Jones*
Mark R. Thierman, Esq., Nevada Bar No. 8285
Joshua D. Buck, Esq., Nevada Bar No. 12187
Leah L. Jones, Esq., Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __30th__ day of __March__, 2020.

_____
UNITED STATES DISTRICT JUDGE