Sheri M. Thome, Esq.
Nevada Bar No. 008657
James T. Tucker, Esq.
Nevada Bar No. 012507
Cara T. Laursen, Esq.
Nevada Nar No. 014563
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
James.Tucker@wilsonelser.com
CaraT.Laursen@wilsonelser.com
*Attorneys for Defendants The State of Nevada, ex rel.*
*its Department of Corrections*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, <br><br> Defendants. | CASE NO:   3:14-cv-00320-MMD-WGC <br><br> **EXHIBITS TO DEFENDANT STATE OF NEVADA *EX REL.* DEPARTMENT OF CORRECTIONS' MOTION FOR SUMMARY JUDGMENT ON THE MERITS OF PLAINTIFFS' FLSA CLAIMS** |

Defendant The State of Nevada, *ex rel.* Nevada Department of Corrections ("NDOC"), by and through undersigned counsel, hereby submits the exhibits to its motion for summary judgment on the merits of Plaintiffs' claims under the Fair Labor Standards Act ("FLSA").

DATED this 9th day of April, 2020.

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**

BY:  */s/ James Tucker*
James T. Tucker
Nevada Bar. No. (12507)
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
*Attorneys for Defendants The State of Nevada,*
*ex rel. its Department of Corrections*

1586629v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on the 9th day of April, 2020, I electronically filed and served a true and correct copy of the foregoing **EXHIBITS DEFENDANT STATE OF NEVADA *EX REL*. DEPARTMENT OF CORRECTIONS' MOTION FOR SUMMARY JUDGMENT ON THE MERITS OF PLAINTIFFS' FLSA CLAIMS** to all parties on file with the CM/ECF:

| | |
|---|---|
| Mark R. Thierman, Esq.<br>Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>THIERMAN BUCK LLP<br>7287 Lakeside Drive<br>Reno, NV  89511<br>Tel:  775-284-1500<br>Fax:  775-703-5027<br>*Attorneys for Plaintiffs* | Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>GABROY LAW OFFICES<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, NV  89012<br>Telephone:  (702) 259-7777<br>Fax:  (702) 259-7704<br>*Attorneys for Plaintiffs* |

By: ___*/s/ Lani Maile*___
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1586629v.1