Sheri M. Thome, Esq.
Nevada Bar No. 008657
James T. Tucker, Esq.
Nevada Bar No. 012507
Cara T. Laursen, Esq.
Nevada Nar No. 014563
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South 4th Street - 11th Floor
Las Vegas, NV 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
James.Tucker@wilsonelser.com
CaraT.Laursen@wilsonelser.com
*Attorneys for Defendants The State of Nevada, ex rel.*
*its Department of Corrections*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | CASE NO:   3:14-cv-00320-MMD-WGC<br><br>**EXHIBITS TO DEFENDANT STATE OF NEVADA *EX REL.* DEPARTMENT OF CORRECTIONS' MOTION TO EXCLUDE ALL EVIDENCE FROM PLAINTIFFS' EXPERTS, THE EMPLOYMENT RESEARCH CORPORATION, MALCOLM COHEN, AND LAURA STEINER** |

Defendant The State of Nevada, *ex rel.* Nevada Department of Corrections ("NDOC"), by and through its counsel, hereby submits the exhibits to its motion to exclude the testimony of Plaintiffs' experts, the Employment Research Corporation ("ERC") and its principals Malcolm Cohen, Ph.D. and Laura Steiner.

DATED this 9th day of April, 2020.

                                                      **WILSON ELSER MOSKOWITZ**
                                                      **EDELMAN & DICKER LLP**

                                       BY:   */s/ James Tucker*
                                               James T. Tucker
                                               Nevada Bar No. 12507
                                               300 South 4th Street - 11th Floor
                                               Las Vegas, NV 89101-6014
                                               *Attorneys for Defendants The State of Nevada,*
                                               *ex rel. its Department of Corrections*

1586623v.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on the 9th day of April, 2020, I electronically filed and served a true and correct copy of the foregoing **EXHIBITS TO DEFENDANT STATE OF NEVADA *EX REL.* DEPARTMENT OF CORRECTIONS' MOTION TO EXCLUDE ALL EVIDENCE FROM PLAINTIFFS' EXPERTS, THE EMPLOYMENT RESEARCH CORPORATION, MALCOLM COHEN, AND LAURA STEINER** to all parties on file with the CM/ECF:

Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Tel: 775-284-1500
Fax: 775-703-5027
*Attorneys for Plaintiffs*

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
Telephone: (702) 259-7777
Fax: (702) 259-7704
*Attorneys for Plaintiffs*

By: */s/ Lani Maile*
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1586623v.1