THIERMAN BUCK LLP
Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

WILSON ELSER MOSKOWITZ,
EDELMEN & DICKER LLP
Sheri M. Thome, Esq., Nev. Bar No. 008657
James T. Tucker, Esq., Nev Bar No. 012507
Cara T. Laursen, Esq., Nev Bar No. 014563
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
James.Tucker@wilsonelser.com
CaraT.Laursen@wilsonelser.com

*Attorneys for Defendant The State of Nevada,
ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONALD WALDEN JR, NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

THE STATE OF NEVADA, *EX REL.* ITS NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,

    Defendants.

Case No.: 3:14-cv-00320-MMD-WGC

**STIPULATION FOR ENLARGEMENT OF TIME FOR RESPONSIVE MOTIONS AND [PROPOSED] ORDER THEREON**

**(Second Request)**

Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all other similarly situated, and Defendant STATE OF NEVADA, *EX. REL.* ITS DEPARTMENT OF CORRECTIONS (collectively "The Parties), by and through their respective counsel of record, hereby stipulate and agree to extend the time for both Parties to file their respective responsive pleadings as set forth below.

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com  www.thiermanbuck.com

**THERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thermanbuck.com  www.thermanbuck.com

This stipulation is submitted in compliance with LR IA 6-1.  The Parties are requesting these extension due to the volume of motions pending, the complexity and fact intensive nature of the responsive pleadings, counsels' professional commitments, existing workload, and the continued challenges of working remotely due to the COVID-19 crisis, including slower connectivity, communications delays, and obtaining records necessary to the motions.  Good cause exists for the requested extensions.[1]

Accordingly, the Parties further stipulate and agree to extend the deadlines as follows:

**1.** Plaintiffs' Opposition to NDOC's Motion to Exclude Evidence from Plaintiffs' Expert ERC (ECF No. 282) currently due 5/6/20 shall be extended one (1) week to on or before **Wednesday, May 13, 2020.**  Defendant's Reply In Support Of shall be due on or before **Wednesday, May 27, 2020**.

**2.** Plaintiffs' Opposition to NDOC's Motion for Summary Judgment on Sovereign Immunity (ECF No. 276) currently due 5/13/20 which shall remain unchanged.  The Parties request that Defendant's Reply In Support Of shall be due on or before **Wednesday, June 3, 2020**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Court granted the Parties First Request for Extension of time on 4/13/20 at ECF No. 287.

STIPULATION AND ORDER TO FOR EXTENSION OF TIME FOR RESPONSIVE PLEADINGS

**3.**      Plaintiffs' Opposition to NDOC's Motion for Summary Judgment on the Merits

of Plaintiffs FLSA Claims (ECF No. 283) currently due 5/20/20 which shall remain unchanged.

The Parties request that Defendant's Reply In Support Of shall be due on or before

**Wednesday, June 10, 2020**.

The Parties agree that the requested extension furthers the interest of this litigation and is

not being requested in bad faith or to delay these proceedings unnecessarily.

IT IS SO STIPULATED.

Dated:  May 5, 2020.                               Dated:  May 5, 2020.

THIERMAN BUCK LLP                          WILSON ELSER MOSKOWITZ,
                                           EDELMEN & DICKER LLP


*/s/Leah L. Jones*                              */s/James T Tucker*
Mark R. Thierman, Esq., Bar No. 8285            Sheri M. Thome, Esq., Bar No. 008657
Joshua D. Buck, Esq., Bar No. 12187             James T. Tucker, Esq., Bar No. 012507
Leah L. Jones, Esq., Bar No. 13161              Cara T. Laursen, Esq., Bar No. 014563
7287 Lakeside Drive                             300 South Fourth Street, 11th Floor
Reno, Nevada 89511                              Las Vegas, Nevada 89101
Tel. (775) 284-1500                             *Attorneys for Defendants*
Fax. (775) 703-5027

*Attorneys for Plaintiffs*


**ORDER**

**IT IS SO ORDERED.**

Dated this __6th__ day of __May__, 2020.


_____
U.S. District  Judge

THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

STIPULATION AND ORDER TO FOR EXTENSION OF TIME FOR RESPONSIVE PLEADINGS