Sheri M. Thome, Esq.
Nevada Bar No. 008657
James T. Tucker, Esq.
Nevada Bar No. 012507
Cara T. Laursen, Esq.
Nevada Bar No. 014563
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
James.Tucker@wilsonelser.com
CaraT.Laursen@wilsonelser.com
*Attorneys for Defendant The State of Nevada, Ex. Rel. Its Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. ITS NEVADA DEPARTMENT OF CORRECTION, and DOES 1-50,<br><br>Defendants. | Case No.  3:14-cv-00320-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR FILING REPLY BRIEF IN SUPPORT OF STATE OF NEVADA, EX. REL, ITS NEVADA DEPARTMENT OF CORRECTION'S MOTION FOR SUMMARY JUDGMENT ON THE MERITS**<br><br>**(SECOND REQUEST)** |

Defendant, the State of Nevada, Ex. Rel. Its Nevada Department of Corrections ("NDOC"), and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for filing the reply brief in support of NDOC's motion for summary judgment on the merits by seven days, from June 10, 2020 to **June 17, 2020**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as counsel for NDOC has experienced a system crash which resulted in having no access to the document management system which holds all relevant file materials and

1610077v.1

information necessary to respond. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' second request for extension of these deadlines.

DATED this 8th day of June, 2020.

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        */s/ Cara T. Laursen*
        Sheri M. Thome, Esq., Nevada Bar No. 008657
        James T. Tucker, Esq., Nevada Bar No. 012507
        Cara T. Laursen, Esq., Nevada Bar No. 014563
        6689 Las Vegas Blvd., South, Suite 200
        Las Vegas, Nevada 89119
        *Attorneys for Defendant*

DATED this 8th day of June, 2020.

        THIERMAN BUCK LLP

        */s/ Leah L. Jones*
        Mark R. Thierman, Esq., Nevada Bar No. 8285
        Joshua D. Buck, Esq., Nevada Bar No. 12187
        Leah L. Jones, Esq., Nevada Bar No. 13161
        7287 Lakeside Drive
        Reno, Nevada 89511
        *Attorneys for Plaintiffs*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __9th__ day of __June__, 2020.

        _____
        UNITED STATES DISTRICT JUDGE

1610077v.1