Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com

AARON FORD
Attorney General
Steve Shevorski
Chief Litigation Counsel
Nevada Bar No. 008256
Kiel B. Ireland
Deputy Attorney General
Nevada Bar No. 15368C
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, <br><br> Defendants. | CASE NO:   3:14-cv-00320-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING RESPONSE AND REPLY BRIEFS** <br><br> **(FIRST REQUEST)** |

Defendant the State of Nevada, *ex rel.* its Nevada Department of Corrections ("NDOC") and and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the response and reply deadlines regarding Plaintiffs' Request for Leave to Submit Supplemental

*Donald Walden, Jr., et al. v. The State of Nevada, et al.*
*Case No. 3:14-cv-00320-MMD-WGC*

Authority in Support of Motion to Reassert Claim for Failure to Pay Overtime in Violation of NRS 284.180 and Memorandum in Support Thereof[1] ("Request") by one week.

The deadline for the NDOC to file a response to Plaintiffs' Request shall be extended from March 2, 2022 to **March 9, 2022**.

The deadline for Plaintiffs' to file a reply in support of their Request shall be extended from March 9, 2022 to **March 16, 2022**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as the parties need additional time to prepare response and reply briefs due to defense counsel's absence from the office due to a death in the family.  Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of these deadlines.

DATED this 2nd day of March, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

BY: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

DATED this 2nd day of March, 2022.

**THIERMAN BUCK LLP**

BY: */s/ Joshua D. Buck*
Mark R. Thierman, Esq.
Nevada Bar No. 8285
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Leah L. Jones, Esq.
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

---

[1] ECF No. 382.

267443320v.1

*Donald Walden, Jr., et al. v. The State of Nevada, et al.*
*Case No. 3:14-cv-00320-MMD-WGC*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this   2nd   day of  March                , 2022.

_____
UNITED STATES DISTRICT JUDGE

267443320v.1