Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com

AARON FORD
Attorney General
Steve Shevorski
Chief Litigation Counsel
Nevada Bar No. 008256
Kiel B. Ireland
Deputy Attorney General
Nevada Bar No. 15368C
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50,<br><br>Defendants. | CASE NO:   3:14-cv-00320-MMD-WGC<br><br>**STIPULATION AND ORDER TO REQUEST THAT THE COURT EXTEND DEADLINE FOR FILING RENEWED MOTION TO SEAL**<br><br>**(FIRST REQUEST)** |

Defendant the State of Nevada, *ex rel*. its Nevada Department of Corrections ("NDOC") and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby agree and request that the Court extend the

*Donald Walden, Jr., et al. v. The State of Nevada, et al.*
*Case No. 3:14-cv-00320-MMD-WGC*

deadline set in ECR No. 392 regarding NDOC's renewed Motion to Seal[1], which is currently set for April 18, 2022, by four (4) days, to April 22, 2022. This would also extend the date for Plaintiffs' Reply, currently set for April 28, 2022, to May 2, 2022.

      This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as the parties have been in communication about the exhibits to be filed under seal. Counsel for NDOC has been conferring with Plaintiffs' counsel as to exhibits each believes should or should not be sealed, and Counsel for NDOC has been conferring with its clients as to limitations in the number of exhibits that need to be the subject of the motion. With the upcoming holidays, Easter and Passover, additional time is needed in order to effectively analyze and confirm each document and the exhibits to be successfully refiled before the Court. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

      This is the parties' first request for extension of these deadlines.

      DATED this 14th day of April, 2022.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

      DATED this 14th day of April, 2022.

THIERMAN BUCK LLP

*/s/ Joshua D. Buck*
Mark R. Thierman, Esq.
Nevada Bar No. 8285
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Reno, Nevada 89511
*Attorneys for Plaintiffs*

---

[1] NDOC does not need an extension to be able to file the revised Motion to Exclude All Evidence from Plaintiffs' Experts [ECF 351].

270146891v.1

*Donald Walden, Jr., et al. v. The State of Nevada, et al.*
Case No. 3:14-cv-00320-MMD-WGC

**ORDER**

GOOD CAUSE SHOWN, the extension requested is granted. Defendant has until April 22, 2022 to file a renewed Motion to Seal, as directed in this Court's Order dated April 7, 2022. Plaintiffs have until May 2, 2022 to respond to Defendant's Motion.

Dated this  18th  day of  April , 2022.

_____
UNITED STATES DISTRICT JUDGE

270146891v.1