Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com

AARON FORD
Attorney General
Steve Shevorski
Chief Litigation Counsel
Nevada Bar No. 008256
Kiel B. Ireland
Deputy Attorney General
Nevada Bar No. 15368C
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, <br><br> Defendants. | CASE NO:   3:14-cv-00320-MMD-**CSD** <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING RESPONSE AND REPLY BRIEFS TO PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendant the State of Nevada, *ex rel.* its Nevada Department of Corrections ("NDOC") and and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to extend the response and reply deadlines regarding Plaintiffs' Notice of Motion and Motion for Leave to File

271927666v.1

Second Amended Complaint[1] ("Motion") as follows:

The deadline for NDOC to file a response to Plaintiffs' Motion shall be extended from June 15, 2022 to **June 27, 2022**.

The deadline for Plaintiffs to file a reply in support of their Motion shall be extended from June 22, 2022 to **July 8, 2022**.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as the parties need additional time to prepare response and reply briefs due to defense counsel's schedule with upcoming depositions and deadlines in other matters.  Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for extension of these deadlines.

DATED this 13th day of June, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

BY: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

DATED this 13th day of June, 2022.

**THIERMAN BUCK LLP**

BY: */s/ Joshua D. Buck*
Mark R. Thierman, Esq.
Nevada Bar No. 8285
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Leah L. Jones, Esq.
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

---

[1] ECF No. 408.

271927666v.1

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.** The deadline for NDOC to file a response to Plaintiffs' Motion shall be extended from June 15, 2022 to **June 27, 2022**. The deadline for Plaintiffs to file a reply in support of their Motion shall be extended from June 22, 2022 to **July 8, 2022**.

Dated this 14th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE