☒ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 4, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Sheri M. Thome, Esq.
Nevada Bar No. 008657
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com

AARON FORD
Attorney General
Steve Shevorski
Chief Litigation Counsel
Nevada Bar No. 008256
Kiel B. Ireland
Deputy Attorney General
Nevada Bar No. 15368C
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendant The State of Nevada, ex rel.
its Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, <br><br> Defendants. | CASE NO:   3:14-cv-00320-MMD-WGC <br><br> **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendant the State of Nevada, *ex rel*. its Nevada Department of Corrections ("NDOC") and and Plaintiffs Donald Walden Jr., Nathan Echeverria, Aaron Dicus, Brent Everist, Travis Zufelt, Timothy Ridenour, and Daniel Tracy, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree to continue the video hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint

*Donald Walden, Jr., et al. v. The State of Nevada, et al.*
*Case No. 3:14-cv-00320-MMD-WGC*

("Motion") until after the In-Person Settlement Conference is held.

1. The video hearing on Plaintiffs' Motion is scheduled for August 8, 2022 at 9:00 a.m.

2. The in-person settlement conference is scheduled for September 15, 2022 at 9:00 a.m.

3. The parties request that the video hearing on Plaintiffs' Motion be continued to a date on or after September 19, 2022.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested continuance as the parties would like to await the outcome of the settlement conference in order to determine whether a hearing on Plaintiffs' Motion is still necessary. Additionally, the parties believe that the settlement conference will be more productive if the hearing occurs after the settlement conference. Accordingly, the parties agree that the requested continuance furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for continuance of the hearing date on Plaintiffs' Motion.

DATED this 4th day of August, 2022.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

BY: /s/ Sheri M. Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants The State of Nevada, ex rel. its Department of Corrections*

DATED this 4th day of August, 2022.

**THIERMAN BUCK LLP**

BY: /s/ Joshua D. Buck
Mark R. Thierman, Esq.
Nevada Bar No. 8285
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Leah L. Jones, Esq.
Nevada Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

*Donald Walden, Jr., et al. v. The State of Nevada, et al.*
*Case No. 3:14-cv-00320-MMD-WGC*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.** The hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint shall be continued from August 8, 2022 at 9:00 a.m. to _____Thursday, September 22,_____, 2022, at _____9:00_____ a.m.

Dated this __4th__ day of _____August_____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE