| | |
|---|---|
| Mark R. Thierman, Nev. Bar No. 8285 | Sheri M. Thome, Esq. |
| mark@thiermanbuck.com | Nevada Bar No. 008657 |
| Joshua D. Buck, Nev. Bar No. 12187 | WILSON ELSER MOSKOWITZ |
| josh@thiermabuck.com | EDELMAN & DICKER LLP |
| Leah L. Jones, Nev. Bar No. 13161 | 6689 Las Vegas Blvd. South, Suite 200 |
| leah@thiermanbuck.com | Las Vegas, NV 89119 |
| Joshua R. Hendrickson, Nev. Bar No. 12225 | Telephone: (702) 727-1400 |
| joshh@thiermanbuck.com | Facsimile: (702) 727-1401 |
| THIERMAN BUCK LLP | Sheri.Thome@wilsonelser.com |
| 7287 Lakeside Drive | |
| Reno, Nevada 89511 | AARON FORD |
| Tel. (775) 284-1500 | Attorney General |
| Fax. (775) 703-5027 | Steve Shevorski |
| | Chief Litigation Counsel |
| GABROY LAW OFFICES | Nevada Bar No. 008256 |
| Christian Gabroy (#8805) | Leslie Nino Piro |
| Kaine Messer (#14240) | General Counsel |
| The District at Green Valley Ranch | Nevada Bar No. 11672 |
| 170 South Green Valley Parkway, Suite 280 | Kiel B. Ireland |
| Henderson, Nevada 89012 | Deputy Solicitor General |
| Tel (702) 259-7777 | Nevada Bar No. 15368 |
| Fax (702) 259-7704 | State of Nevada |
| christian@gabroy.com | Office of the Attorney General |
| kmesser@gabroy.com | 555 E. Washington Ave., Ste. 3900 |
| | Las Vegas, NV 89101 |
| *Attorneys for Plaintiffs* | Telephone: (702) 486-3420 |
| | Facsimile: (702) 486-3773 |
| | sshevorski@ag.nv.gov |
| | lninopiro@ag.nv.gov |
| | kireland@ag.nv.gov |
| | |
| | *Attorneys for Defendant The State of Nevada, ex rel. its Department of Corrections* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WALDEN, JR., et al., etc., | Case No.: 3:14-cv-00320-MMD-WGC |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER SETTING DEADLINES** |
| THE STATE OF NEVADA, EX REL. NEVADA DEPARTMENT OF CORRECTIONS, and DOES 1-50, | |
| Defendants. | |

275708101v.1

Plaintiffs DONALD WALDEN JR., NATHAN ECHEVERRIA, AARON DICUS, BRENT EVERIST, TRAVIS ZUFELT, TIMOTHY RIDENOUR, and DANIEL TRACY on behalf of themselves and all other similarly situated individuals ("Plaintiffs"), and Defendant STATE OF NEVADA, *EX. REL.* ITS DEPARTMENT OF CORRECTIONS ("Defendant" or "NDOC") (collectively "the Parties"), by and through their respective counsel of record, hereby inform this honorable Court that they have reached a settlement to resolve this action in its entirety, contingent upon State approvals required under Nevada law. The Parties have stipulated to execute a long form settlement agreement no later than Thursday September 29, 2022. (*See* ECF No. 421). Plaintiffs will then be responsible for drafting all the supplemental settlement papers in support of Court approval. Unfortunately, lead counsel for Plaintiffs has numerous prior work and travel commitments in the month of October. Therefore, lead counsel for Plaintiffs is unable to complete all of the preliminary approval papers for filing until mid-November. Accordingly, the Parties stipulate and agree that Plaintiffs shall have until Friday November 11, 2022, to file their Motion for Preliminary Approval of the Collective and Class Action Settlement.

Respectfully Submitted:

Dated: September 16, 2022

THIERMAN BUCK LLP

*/s/ Joshua D. Buck*
Joshua D. Buck, NV Bar No. 12187
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: September 16, 2022

WILSON ELSER MOSKOWITZ EDELMAN
 & DICKER LLP

*/s/ Sheri Thome*
Sheri Thome (NV Bar No. 8657)
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant State of Nevada, ex rel.
its Department of Corrections*

275708101v.1

## ORDER

Having considered the Parties' Notice of Settlement, the Court hereby ORDERS that Plaintiffs' Motion for Preliminary Approval of the Collective and Class Action Settlement be filed no later than Friday November 11, 2022. The Court further ORDERS that a hearing on Plaintiffs' Motion for Preliminary Approval of the Collective and Class Action Settlement be set for December 1, 2022 at 2:30 p.m. by video conference.

DATED: September 19, 2022

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

275708101v.1